**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6502

STEVEN CUPP,

              Plaintiff - Appellant,

        v.

WILLIAM HUTCHINGS; ANTHONY HUSSION; K. M. WHITE; HARRELL WATTS;
JOHN DOE, from the F.O.I.A. Administrative Office in Washington
D.C.,

              Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.    Irene M. Keeley,
District Judge. (1:07-cv-00161-IMK-JES)

Submitted: May 22, 2008              Decided:  June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Cupp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Cupp appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cupp v. Hutchings</u>, No. 1:07-cv-00161-IMK-JES (N.D.W. Va. Mar. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>